# Mark W. Swimelar
**STANDING CHAPTER 12 & 13 TRUSTEE**
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

March 21, 2011

US Bankruptcy Court
James T. Foley Court House
445 Broadway, Suite 327
Albany, NY 12207
Fax:    518-257-1643

RE: 07-61555 Fletcher

Dear Clerk:

    Enclosed please find check #223661 in the amount of $20.47. Pursuant to the order of confirmation, we have been collecting from the debtor in this case. The creditor has failed to cash checks. All attempts to contact and forward checks to this creditor have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No. 003

        Name      Sear Roebuck & Co.
        Address   PO Box 3671
        Address   Des Moines, IA 50322

    Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie Moore
Account Clerk

Enc.

[Stamped: 2011 MAR 21 PM 2:42 CLERK OF THE BANKRUPTCY COURT N.D. OF N.Y. ALBANY — REC'D & FILED]

[Handwritten: 3/21/11]